**Order entered October 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00370-CV

### IN THE INTEREST OF B.T.G., A MINOR CHILD, Appellant

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER

The Court **GRANTS** appellant Terrance M. Gore's October 10, 2016 motion to supplement the clerk's record.

We **ORDER** the Clerk of the Court to move Volume 1 of the electronic clerk's record from Cause No. 05-13-00305-CV to Cause No. 05-16-00370-CV. The appellate record is complete.

The Court **DENIES** appellant's October 10, 2016 motion for e-file notices and new trial exhibits.

The **GRANTS** appellant's October 11, 2016 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order. Failure to file the brief within the time specified above may result in dismissal of this

appeal without further notice. No further extensions will be granted absent extenuating circumstance.

/s/     ELIZABETH LANG-MIERS
             JUSTICE